**JUDGE CHIN**

Paula K. Colbath (PC-9895)
Manny J. Caixeiro (MC-0218)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Respondent
Paramount Farms, Inc.

08 CV 5859



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Application of        :

VENTILEX B.V.,                             :

           Petitioner,               :

FOR AN ORDER PURSUANT TO ARTICLE   :     **RULE 7.1 STATEMENT**
75 OF THE CPLR STAYING
ARBITRATION                                :

           -against-                :

PARAMOUNT FARMS, INC,                      :

           Respondent..             :
-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Respondent, Paramount Farms, Inc., states that said Respondent is owned and/or controlled by Stewart and Lynda Resnick, as trustees of The Stewart and Lynda Revocable Trust, dated December, 27, 1988 as amended.

Dated: New York, New York
June 30, 2008

                                          LOEB & LOEB LLP

                                          By: _____
                                             Paula K. Colbath (PC-9895)
                                             Manny J. Caixeiro (MC-0218)
                                             345 Park Avenue
                                             New York, New York 10154-0037
                                             (212) 407-4000

                                          Attorneys for Respondent
                                          Paramount Farms, Inc.