Paula K. Colbath (PC-9895)
Manny J. Caixeiro (MC-0218)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Respondent
Paramount Farms, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In the Matter of the Application of              :

VENTILEX B.V.,                                   :

                Petitioner,           :

                                                                         08 Civ. 5859 (DC)
FOR AN ORDER PURSUANT TO ARTICLE  :
75 OF THE CPLR STAYING                                            **AFFIDAVIT OF SERVICE**
ARBITRATION                                      :

                -against-                      :

PARAMOUNT FARMS, INC,                            :

                Respondent..          :

------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) SS.
COUNTY OF NEW YORK   )

        TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

        1.     I am not a party to this action and am over 18 years of age.

        2.     I am employed as Managing Clerk of the law firm Loeb & Loeb LLP, attorneys for Respondent in this action.

        3.     On June 30, 2008, I served true copies of the Notice of Removal,

NY727950.1
069109-10007

Rule 7.1 Statement and Civil Cover Sheet upon the following party by hand delivery:

>Donald H. Chase, Esq.
>Morrison Cohen LLP
>909 Third Avenue
>New York, New York 10022
>Attorneys for Petitioner

>_____
>Timothy B. Cummins

Sworn to before me this
30th Day of June, 2008

_____
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4873633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY727950.1
069109-10007