Chin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the Matter of the Application of         :

VENTILEX B.V.,                              :

               Petitioner,   :

FOR AN ORDER PURSUANT TO ARTICLE :
75 OF THE CPLR STAYING
ARBITRATION                                 :

            -against-                 :

PARAMOUNT FARMS, INC,                       :

               Respondent.. :

----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

08 Civ. 5859 (DC)

**STIPULATION OF EXTENSION OF TIME**

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Respondent Paramount Farms, Inc., to answer, move or otherwise respond to the Petitioner Ventilex B.V.'s Verified Petition is hereby extended to and including August 15, 2008.

Dated: New York, New York
         July 22, 2008

MORRISON COHEN LLP

By: /s/ Donald H. Chase
Donald H. Chase (DC-6708)
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Petitioner*
*Ventilex B.V.*

LOEB & LOEB LLP

By:_____
Paula K. Colbath (PC-9895)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Respondent*
*Paramount Farms, Inc.*

NY730510.1
069109-10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of the Application of                :

VENTILEX B.V.,                                     :

               Petitioner,               :      08 Civ. 5859 (DC)

FOR AN ORDER PURSUANT TO ARTICLE  :    **STIPULATION OF EXTENSION OF**
75 OF THE CPLR STAYING                                  **TIME**
ARBITRATION                                        :

               -against-                 :

PARAMOUNT FARMS, INC,                              :

               Respondent..              :
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Respondent Paramount Farms, Inc., to answer, move or otherwise respond to the Petitioner Ventilex B.V.'s Verified Petition is hereby extended to and including August 15, 2008.

Dated: New York, New York
       July 22, 2008

| MORRISON COHEN LLP | LOEB & LOEB LLP |
|---|---|
| By:_____ | By:_____ |
| Donald H. Chase (DC- | Paula K. Colbath (PC-9895) |
| 909 Third Avenue | 345 Park Avenue |
| New York, New York 10022 | New York, New York 10154 |
| (212) 735-8600 | (212) 407-4000 |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| *Ventilex B.V.* | *Paramount Farms, Inc.* |

SO ORDERED.

_____ 8/12/08

NY730510.1
069109-10007