Paula K. Colbath (PC-9895)
Manny J. Caixeiro (MC-0218)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
212-407-4000

Attorneys for Respondent
Paramount Farms, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In the Matter of the Application of          :

VENTILEX B.V.,                               :

      Petitioner,          :

                 08 Civ. 5859 (DC)

FOR AN ORDER PURSUANT TO ARTICLE   :
75 OF THE CPLR STAYING                             **AFFIDAVIT OF SERVICE**
ARBITRATION                                  :

     -against-                    :

PARAMOUNT FARMS, INC,                        :

      Respondent..        :

------------------------------------------------------------ X

NY735367.1
069109-10007

STATE OF NEW YORK      )
                       )   SS.
COUNTY OF NEW YORK     )

    MANNY J. CAIXEIRO, being duly sworn, deposes and says:

  1.  I am not a party to this action and am over 18 years of age.

  2.  On August 15, 2008, I caused a copy of the Verified Answer of Paramount Farms, Inc. to be served on petitioner Ventilex B.V. via United States Mail, by causing the same to be deposited in a United States Mail mailbox with appropriate postage, and addressed to:

    Donald H. Chase, Esq.
    Morrison Cohen LLP
    909 3rd Avenue
    New York, NY 10022

          _/s/ Manny J. Caixeiro_
          MANNY J. CAIXEIRO

Sworn to before me this
18th Day of August, 2008

_/s/ Antoinette Pepper_
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY735367.1
069109-10007